

July 18, 2017

*Via Electronic Filing*

Lyle Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

Re:     *Chamber of Commerce et al. v. R. Alexander Acosta and U.S. Dep't of Labor*, No. 17-10238
         Notice under Federal Rule of Appellate Procedure 28(j)

Dear Mr. Cayce:

        I write to bring to this Court's attention the attached letter filed by the U.S. Department of Labor last week in *Thrivent Financial for Lutherans v. Dep't of Labor*, 16-cv-3289-SRN-HB (D. Minn.)—a case in which the plaintiffs are challenging only one regulatory provision: the condition in the Fiduciary Rule's Best Interest Contract Exemption intended to preserve investor access to class actions.

        In the *Thrivent* case, the Department is now requesting "a stay of litigation" in light of the government's decision to decline to defend the class-action provision and the agency's request for information to support a new rulemaking action. 82 Fed. Reg. 31278 (July 6, 2017). As the government explains in its letter, a stay "would serve judicial economy by likely rendering it unnecessary for the Court to rule" on the merits with respect to the class-action provision.

        The Department's position in *Thrivent* mirrors our suggestion that this Court may likewise wish to "hold in abeyance the challenge to the class-action provision"—as several other courts have recently done in similar circumstances. Br. of Am. Ass'n for Justice as Amicus Curiae, at 4. A stay would ensure that this Court will not unnecessarily reach the merits of this issue in the absence of adversarial presentation between the parties.

                                    Respectfully submitted,

                                    *s/ Deepak Gupta*
                                    Deepak Gupta

                                    Counsel for Amicus Curiae
                                    American Association for Justice

**Gupta Wessler PLLC**
1900 L Street, NW, Suite 312, Washington, DC 20036
**P** 202 888 1741     **F** 202 888 7792
**guptawessler.com**